In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-21-00173-CV
_____

### JAMES MONROE WARE, Appellant

### V.

### ROYA DAWN WARE, Appellee

On Appeal from the 88th District Court
Hardin County, Texas
Trial Cause No. 62114

## MEMORANDUM OPINION

James Monroe Ware appealed from an order granting a bill of review. The appellant has neither established indigence, nor paid the filing fee in his appeal. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. R. Civ. P. 145. On June 29, 2021, we sent a letter to the parties questioning our jurisdiction and requested a response be filed by July 14, 2021. On July 26, 2021, we sent a letter to the parties notifying them that the filing fee for the appeal had not been paid and warned the parties that the appeal would be dismissed without further notice unless the appellant paid the filing fee.

1

The appellant has failed to comply with the notices from the clerk requiring action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, the appeal is dismissed. Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 1, 2021
Opinion Delivered September 2, 2021

Before Kreger, Horton and Johnson, JJ.